

FILED

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0641

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0641 and DA 22- 0677

FILED

NOV 2 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

GILBERT CAMPA,

Defendant and Appellant.

Self-represented Appellant Gilbert Campa has filed a verified Petition for an Out-of-Time Appeal, explaining that he timely filed a Notice of Appeal with this Court on September 27, 2022, but that his attempted filing was returned because he did not serve copies to both the County Attorney and the Attorney General.[1] Campa includes copies of two sentencing judgments. He also moves for appointment of counsel, requesting appellate counsel by name from his previous appeals. Campa is incarcerated in the Montana State Prison.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

On August 25, 2022, the Yellowstone County District Court issued an Order of Revocation and Imposition of Sentence in two criminal cases. Campa received a seventeen-year prison sentence upon revocation for criminal possession of dangerous drugs in Cause No. DC 07-0531 as well as a concurrent term of seventeen years for criminal possession with intent to distribute in Cause No. DC 07-0917.

---

[1] This Court observes that Campa's filed Petition includes a Certificate of Service with the name and address for the Deputy County Attorney. Campa's accompanying Notice of Appeal, that has not been filed yet, includes a Certificate of Service for both the County Attorney and the Attorney General.

Campa has indicated that he is without counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that:

1. Campa's Motion for Appointment of Counsel is GRANTED and the Appellate Defender Division is APPOINTED to represent Campa in his appeals of Yellowstone County District Court Cause Nos. DC 07-0531 and DC 07-0917. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. If Campa were to qualify for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts.

2. The Clerk of the Supreme Court is directed to file as attachments in this Court's Cause No. DA 22-0641, Campa's Notice of Appeal and his Statement of the Case, to his Petition for an Out-of-Time Appeal. Cause No. DA 22-0641 shall be the appeal of Campa's judgment entered in Yellowstone County Court Cause No. DC 07-0531.

3. The Clerk of the Supreme Court is directed to OPEN a separate direct appeal, Cause No. DA 22-0677, for Yellowstone County District Court Cause No. DC 07-0197, and to FILE a copy of this Order, Campa's Petition for an Out-of-Time Appeal, the Motion for Appointment of Counsel, and all other attachments filed in DA 22-0641.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division; counsel of record along with copies of the Petition for an Out-of-Time Appeal and Motion for Appointment of Counsel; and Gilbert Campa personally.

DATED this 29th day of November, 2022.

_____

_____

_____
Justices